NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DANIEL STRADER,                          )
                                         )
            Appellant,                   )
                                         )
v.                                       )          Case No. 2D17-5169
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____  )

Opinion filed August 22, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; William D. Sites, Judge.

Daniel Strader, pro se.

PER CURIAM.

            Affirmed.

CASANUEVA, KHOUZAM, and CRENSHAW, JJ., Concur.